FILED
JUN 17 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 25-30089-NJR |
| vs. ) | |
| ) | Title 18, |
| EARL FRANK, ) | United States Code, |
| Defendant. ) | Sections 111, 922, and 924 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ASSAULT OF A FEDERAL OFFICER

On or about June 6, 2025, in St. Clair County, within the Southern District of Illinois,

**EARL FRANK,**

defendant herein, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with B.S., a Deputy United States Marshal, while B.S. was engaged in the performance of his official duties, and defendant did knowingly use a deadly or dangerous weapon, all in violation of Title 18, United States Code, Section 111(a)(1) and Title 18, United States Code, Section 111(b).

### COUNT 2
### USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about June 6, 2025, in St. Clair County, within the Southern District of Illinois,

**EARL FRANK,**

defendant herein, did knowingly use and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault of a Federal Officer, as charged in Count 1, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
### FELON IN POSSESSION OF A FIREARM

On or about June 6, 2025, in St. Clair County, within the Southern District of Illinois,

### EARL FRANK,

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offenses alleged in Counts 1, 2, or 3 of this Indictment,

### EARL FRANK,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offenses described in Counts 1, 2, or 3 of this Indictment, including but not limited, to the following: a Ruger .380 caliber pistol with a defaced serial number, and any and all and ammunition seized.

A TRUE BILL

_____
KARELIA S. RAJAGOPAL
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2025.06.16 00:32:14 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention